IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

W.S., FATHER OF S.S., MINOR
CHILD,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

        Appellant,

CASE NO. 1D17-1064

v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

        Appellee.

_____/

Opinion filed June 6, 2017.

An appeal from the Circuit Court for Alachua County.
James P. Nilon, Judge.

Valarie Linnen, Atlantic Beach, for Appellant.

Ward L. Metzger, Appellate Counsel, Department of Children and Families,
Jacksonville; and David P. Krupski, Appellate Counsel, Guardian ad Litem
Program, Sanford, for Appellee.

PER CURIAM.

        AFFIRMED.

WOLF, ROWE, and KELSEY, JJ., CONCUR.